**Motion Granted; Case Reinstated; Order filed May 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00690-CV
_____

### KEEBLE LOVALL & LIZ YOUNG, Appellant

### V.

### U.S. BANK NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, Appellee

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-CCV-061841**

## ORDER

Appellant filed a petition for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas. When this court received notice of appellant's bankruptcy filing on August 23, 2018, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On April 30, 3019, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a).

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.

Appellant's brief is due to be filed with the clerk of this court on or before **June 17, 2019**.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.